ELLA B. BLALOCK v. CAROLINA CENTRAL GAS COMPANY, INC.

(Filed 29 September, 1954.)

APPEAL by defendant from *Moore, J.,* at January Term 1954, of HENDERSON.

Civil action to recover damage for personal injury sustained by plaintiff when she fell into a register hole in hallway of one H. G. Neighbors, in Hendersonville, N. C., from which, as alleged, employees and agents of defendant in making repairs to gas heating appliances, had negligently removed the metal register.

Plaintiff filed complaint, and defendant filed answer, and further answers thereto, and to the first and second further answers plaintiff replied.

And at January Civil Term 1954, by permission of the court plaintiff amended her complaint to allege that on account of the injuries of which she complains she has incurred, and will incur expenses for medical attention, including medicine, doctor's bill and hospitalization, for which she prays recovery.

Thereupon defendant moves that the matters so alleged by way of amendment be stricken out. The motion was overruled, and defendant excepted and appeals to Supreme Court and assigns error.

*Arthur J. Redden, J. E. Shipman, and Monroe M. Redden for plaintiff appellee.*

*L. B. Prince for defendant appellant.*

PER CURIAM. While the record on this appeal reveals that defendant assigns as error the action of the court in overruling (1) its motion for a continuance, and (2) its motion to strike, the sole question brought forward in brief of defendant relates to the latter motion.

This assignment of error is without merit, and requires no express consideration.

Affirmed.